IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PASCUAL J. DEPENA-RONDON | : | |
| | : | |
| v. | : | CIVIL ACTION |
| | : | NO. 07-3370 |
| JOHN THOMAS, et. al. | : | |

ORDER

AND NOW, this   26th   day of   November  , 2007, upon consideration of the Report and Recommendation of United States Magistrate Judge Thomas J. Rueter, and after careful review of the record, it is ORDERED as follows:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for writ of habeas corpus is transferred to the United States District Court for the Middle District of Pennsylvania.

BY THE COURT:

_____
R. BARCLAY SURRICK, J.